## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (BLS) |
| Remaining Debtors. | (Jointly Administered) |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST, | Adv. Proc. No.: 19-51025 (BLS) |
| Plaintiff. | |
| vs. | |
| MICHAEL A. TRUJILLO, | |
| Defendant. | |

## <u>AFFIDAVIT OF SERVICE</u>

| | |
|---|---|
| STATE OF OHIO | ) |
| | ) ss.: |
| COUNTY OF FRANKLIN | ) |

ANGELA CHACHOFF, being duly sworn, deposes and says:

1.  I am employed as a Case Manager by Epiq Class Action and Claims Solutions, Inc., located at 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017.  I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1]    The Remaining Debtors and the last four digits of their respective federal tax identification number are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

2. On March 23, 2021, I caused to be served the "Notice of Voluntary Dismissal of Adversary Proceeding," dated March 23, 2021, [Docket No. 20] by causing a true and correct copy to be delivered to the following e-mail address: insurancemike007@msn.com.

*/s/ Angela Chachoff*
Angela Chachoff

Sworn to before me this
 25th day of March, 2021
*/s/ Andrea R. Speelman*
Notary Public, State of Ohio
Commission Expires March 21, 2024